1 TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531)
2 THEODORE G. BROWN, III (State Bar No. 114672)
   WILLIAM J. BOHLER (State Bar No. 141970)
3 379 Lytton Avenue
   Palo Alto, California 94301
4 Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
5 Email: djfurniss@townsend.com

6 TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
7 ROBERT A. McFARLANE (State Bar No. 172650)
   Two Embarcadero Center, 8th Floor
8 San Francisco, California 94111
   Telephone: (415) 576-0200
9 Facsimile: (415) 576-0300
   Email: ramcfarlane@townsend.com
10
   THELEN REID & PRIEST LLP
11 KENNETH L. NISSLY (State Bar No. 77589)
   SUSAN VAN KEULEN (State Bar No. 136060)
12 KEITH L. SLENKOVICH (State Bar No. 129793)
   225 West Santa Clara Street, Suite 1200
13 San Jose, California 95113
   Telephone: (408) 292-5800; Facsimile: (408) 287-8040
14 Attorneys for Plaintiff
   HYNIX SEMICONDUCTOR INC. and
15 HYNIX SEMICONDUCTOR AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYNIX SEMICONDUCTOR INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C04-04708 VRW<br><br>**Related Cases:**<br>C05-4547 VRW; C05-4016 VRW;<br>C05-4100 VRW; C07-00153 VRW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY CERTAIN PROCEEDINGS PENDING DETERMINATION IN ITC ACTION**<br><br>Date: Thursday, March 15, 2007<br>Time: 2:00 p.m.<br>Dept. Courtroom 6, Hon. Vaughn R. Walker |

1  Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.'s (collectively "Hynix")
2  Motion To Stay Certain Proceedings Pending Determination In ITC Action was heard before The
3  Honorable Vaughn R. Walker on March 15, 2007, at 2:00 p.m. The Court, having considered the
4  briefs and arguments of counsel, and for good cause appearing therein, hereby ORDERS that Hynix's
5  Motion to Stay is GRANTED. Pursuant to 28 U.S.C. § 1659, Case No. C07-00153 VRW is hereby
6  stayed, and proceedings in Case No. C05-04547 VRW are stayed as to United States Patent No.
7  6,424,588, pending notice to the Court that final determination has been entered in the International
8  Trade Commission in its section 337 investigation regarding these three patents.

10  IT IS SO ORDERED.

12  DATED: __March 14__, 2007

14  _____
    The Honorable Vaughn R. Walker
    United States District Judge

17  60973008 v1

[PROPOSED] ORDER GRANTING MOTION TO STAY CERTAIN PROCEEDINGS PENDING DETERMINATION IN ITC ACTION
CASE NO. C04-04708 VRW and Related Cases                                                        -1-