1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
   **DLA PIPER US LLP**
3  2000 University Avenue
   East Palo Alto, CA  94303-2248
4  Tel:    650.833.2000
   Fax:   650.833.2001
5
   Attorneys for Plaintiff
6  TOSHIBA CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | TOSHIBA CORPORATION,              | CASE NO. C07-00153 VRW
11 |          Plaintiff,               | **NOTICE OF DISMISSAL**
12 |     v.                            |
13 | HYNIX SEMICONDUCTOR INC. and      |
   | HYNIX SEMICONDUCTOR AMERICA       |
14 | INC.,                             |
15 |          Defendants.              |

*[Court stamp: IT IS SO ORDERED / Judge Vaughn R Walker / 3/30/2007]*

17     Toshiba Corporation dismisses without prejudice all claims in the above-captioned action

18 pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Defendants Hynix

19 Semiconductor Inc. and Hynix Semiconductor America Inc. have not served an answer to the

20 complaint nor filed a motion for summary judgment.

21 Dated:  March 27, 2007            DLA PIPER US LLP

22

23                                   By     /s/ Vincent S. Lam
                                          MARK FOWLER
                                          RONALD L. YIN
24                                        VINCENT S. LAM

25                                        Attorneys for Plaintiff
                                          TOSHIBA CORPORATION
26

27

28

DLA PIPER US LLP

PA\10495163.1
351912-990600
                              -1-
            NOTICE OF DISMISSAL / CASE NO. C07-00153 MMC (AND RELATED CASES)